# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **PENOVIA LLC,** <br><br> Plaintiff, <br><br> v. <br><br> **OKI DATA AMERICAS, INC.,** <br><br> Defendant. | Case No. 2:13-cv-00424 <br><br> **PATENT CASE** <br><br> **JURY TRIAL DEMANDED** |

## AGREED MOTION TO DISMISS WITH PREJUDICE, PURSUANT TO SETTLEMENT

Pursuant to Fed. R. Civ. P. 41 and pursuant to a settlement agreement between the parties, Plaintiff Penovia LLC ("Penovia") hereby moves to dismiss with prejudice Penovia's claims against Defendant OKI Data Americas, Inc. ("OKI Data"), with each party to bear its own costs, expenses and attorneys' fees.

Dated: August 28, 2013

Respectfully submitted,

*/s/ Craig Tadlock*
Craig Tadlock
State Bar No. 00791766
Keith Smiley
State Bar No. 24067869
TADLOCK LAW FIRM PLLC
2701 Dallas Parkway, Suite 360
Plano, Texas 75093
903-730-6789
craig@tadlocklawfirm.com
keith@tadlocklawfirm.com

*Attorneys for Plaintiff NovelPoint Security LLC*

**CERTIFICATE OF CONFERENCE**

I hereby certify that on August 28, 2013, I conferred by email with outside counsel for Defendant OKI Data, and counsel for OKI Data has agreed to the form and substance of this motion. Accordingly, this motion is an agreed motion.

/s/ *Craig Tadlock*
Craig Tadlock

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 28th day of August, 2013.

/s/ *Craig Tadlock*
Craig Tadlock