# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **PENOVIA LLC,**<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>**OKI DATA AMERICAS, INC.,**<br><br>　　　　　　　　　Defendant. | Case No. 2:13-cv-00424<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING PLAINTIFF'S AGREED MOTION TO DISMISS WITH PREJUDICE, PURSUANT TO SETTLEMENT

Having considered Plaintiff's Agreed Motion to Dismiss With Prejudice, Pursuant to Settlement, filed by Plaintiff Penovia LLC ("Penovia") and agreed by Defendant OKI Data Americas, Inc. ("OKI Data"), the Court is of the opinion that such Motion should be GRANTED.

It is therefore ORDERED that Penovia's claims against Defendant OKI Data are dismissed with prejudice, with each party to bear its own costs, expenses and attorneys' fees.

**So ORDERED and SIGNED this 29th day of August, 2013.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE